# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| CALL CENTRIX, LLC, | Case No. 23-12392-MDC |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Fox Rothschild LLP, and enter the appearance of Faegre Drinker Biddle & Reath LLP as counsel of record for Torchlight Technology Group LLC.

**FOX ROTHSCHILD LLP**

By: /s/ *Martha B. Chovanes*
Martha B. Chovanes
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone: (215) 299-2019
Facsimile: (215) 299-2150
Email: mchovanes@foxrothschild.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Joseph N. Argentina, Jr.*
Joseph N. Argentina, Jr.
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Baltimore, Maryland 21202
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
Email: joseph.argentina@faegredrinker.com

Dated: November 16, 2023

US.360546022.01

## **CERTIFICATE OF SERVICE**

  I certify that on the 15th day of November, 2023, I caused a copy of the *Notice of Substitution of Counsel* to be served electronically through the Court's CM/ECF System and by electronic mail addressed to:

Lohr and Associates, Ltd.
Robert J. Lohr, II
1246 West Chester Pike
Suite 312
West Chester, PA 19382
bob@lohrandassociates.com

Office of the United States Trustee
for Region 3
Department of Justice
Kevin P. Callahan
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
kevin.p.callahan@usdoj.gov

Gellert Scali Busenkell & Brown LLC
Gary F. Seitz
8 Penn Center
1628 John F. Kennedy Blvd
Suite 1901
Philadelphia, PA 19102
gseitz@gsbblaw.com